NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GEORGE MANN, DOC# 183053,                  )
                                           )
    Appellant,                         )
                                           )
v.                                         )          Case No. 2D18-174
                                           )
STATE OF FLORIDA,                          )
                                           )
    Appellee.                          )
_____  )

Opinion filed August 8, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Lee County; Ramiro Manalich, Judge.

George Mann, pro se.


PER CURIAM.

    Affirmed.


CASANUEVA, KHOUZAM, and SALARIO, JJ., Concur.